**Order filed August 12, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00291-CV
_____

## IN THE ESTATE OF RUTH BAILEY, DECEASED

---

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 531010002**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the Probate Court No 2 informed this court that appellant had not made arrangements for payment for the reporter's record. On July 16, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. _See_ Tex. R. App. P. 37.3(c). Appellant has not provided this court with proof of payment.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


PER CURIAM